# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DARYL A. ROYSTER,
 Plaintiff,

vs.             Case No.: 3:07cv55/MCR/EMT

OAKWOOD TERRACE, et al.,
 Defendants.

_____/

## O R D E R

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 4, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

  Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

  Accordingly, it is now **ORDERED** as follows:

  1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

  2.  This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

  **DONE AND ORDERED** this 7th day of May, 2007.


         _s/ M. Casey Rodgers_
         **M. CASEY RODGERS**
         **UNITED STATES DISTRICT JUDGE**